CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
     Plaintiff(s)

                                            Civil Action No. 17-410 _____

     vs.

United States Department of Justice
_____
     Defendant(s)

### AFFIDAVIT OF MAILING

I, John Davisson _____, hereby state that:

On the 24th _____ day of March _____, 2017 _____, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, D.C. 20530

I have received the receipt for the certified mail, No. 70151520000053205381 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 28th _____ day of March _____, 2017 _____.

I declare under penalty of perjury that the foregoing is true and correct.

March 29, 2017
_____
(Date)

s/ John Davisson
_____
(Signature)



# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000053205381

▶      ▶      〉   **Delivered**

**Updated Delivery Day:** Tuesday, March 28, 2017 ⓘ

## Product & Tracking Information

See Available Actions

| **Postal Product:** | **Features:** |
| --- | --- |
| First-Class Mail® | Certified Mail™ |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **March 28, 2017, 5:19 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | ▲ | |
| Your item was delivered at 5:19 am on March 28, 2017 in WASHINGTON, DC 20530. | | |
| March 27, 2017, 11:32 am | Available for Pickup | WASHINGTON, DC 20530 |
| March 27, 2017, 10:59 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 26, 2017, 7:11 am | In Transit to Destination | |

See More ⌄

## Available Actions

Text Updates                                             ⌄

Email Updates                                          ⌄

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530     OFFICIAL USE

| Certified Mail Fee | $3.35 | | 0277 |
| --- | --- | --- | --- |
| $ | $0.00 | | 25 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____ $0.00
☐ Return Receipt (electronic)    $ _____ $0.00
☐ Certified Mail Restricted Delivery   $ _____ $0.00
☐ Adult Signature Required    $ _____ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage    $1.40
$

Total Postage and Fees   $4.75
$

MAR 24 2017     03/24/2017

Sent To ATTORNEY GENERAL OF THE UNITED STATES
Street and Apt. No., or PO Box No. 950 PENNSYLVANIA AVE NW
City, State, ZIP+4® WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    **See Reverse for Instructions**