UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) ) Defendant. ) | Civil Action No. 17-410 (KBJ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, by counsel, hereby moves for a thirty day extension of time to respond to the Complaint in this case. This motion is merited for the following reasons:

1. Defendant's response to the complaint in this case is to be filed on April 20, 2017, and undersigned counsel, having just been assigned this matter, has not yet received from defendant the material necessary to prepare this response.

2. Granting the requested enlargement of time would allow undersigned counsel the opportunity to obtain the necessary information, and to prepare and file the appropriate response to plaintiff's complaint.

3. Undersigned counsel contacted plaintiff's counsel regarding this motion for extension of time and plaintiff's counsel does not consent to defendant receiving additional time to file its response to the complaint.

4. Granting the requested enlargement would be in the interests of justice, would not

unduly prejudice the parties, and would have no effect on any other previously established deadlines.

    5. No previous extensions have been granted to either party.

Wherefore, defendant moves that it be allowed to file its response to plaintiff's complaint on or before May 22, 2017.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant