IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF JUSTICE )<br><br>Defendant. ) | Civil Action No.  17-410 |

**JOINT STATUS REPORT AND MOTION TO ADOPT A SCHEDULE FOR FURTHER PROCEEDINGS**

Plaintiff Electronic Privacy Information Center and Defendant Department of Justice ("DOJ") hereby submit for the Court's consideration the following Joint Status Report and Motion to Adopt a Schedule for Further Proceedings.[1]

Plaintiff's FOIA request seeks five categories of documents (see Complaint, Dkt. No. 1, ¶ 14), and the DOJ possesses one or more documents responsive to the request. The parties have conferred and discussed a schedule for further proceedings. Accordingly, the parties hereby move the Court to enter an order adopting the following proposed schedule:

(1) The DOJ shall produce all non-exempt records responsive to categories 4 and 5 of Plaintiff's FOIA request, or otherwise respond to that portion of Plaintiff's request, by no later than August 16, 2017;

---

[1] Plaintiff filed a Complaint in this matter on March 7, 2017, and Defendant filed an Answer on May 19, 2017.

1

(2) The DOJ shall produce all remaining non-exempt records responsive Plaintiff's FOIA request, or otherwise respond to that portion of Plaintiff's request, by no later than September 15, 2017; and

(3) The parties shall file a joint status report by no later than September 29, 2017, proposing a schedule for dispositive motions, if necessary.

The adoption of the proposed production schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that the Court enter the above-described schedule.

A proposed order reflecting this proposal is attached.

Dated: July 7, 2017                                             Respectfully Submitted,

MARC ROTENBERG,                                                 CHANNING D. PHILLIPS,
D.C. Bar # 422825                                               D.C Bar #415793
EPIC President and Executive Director                           United States Attorney

/s/ Alan Butler                                                 DANIEL F. VAN HORN,
ALAN BUTLER,                                                    D.C. Bar #924092
D.C. Bar # 1012128                                              Chief, Civil Division
Senior Counsel
ELECTRONIC PRIVACY                                              /s/
INFORMATION CENTER                                              ALEXANDER D. SHOAIBI,
1718 Connecticut Avenue, N.W.                                   D.C. Bar #423587
Suite 200                                                       Assistant United States Attorney
Washington, D.C. 20009                                          555 Fourth Street, N.W.
(202) 483-1140 (telephone)                                      Washington, D.C. 20530
(202) 483-1248 (facsimile)                                      (202) 252-2511
                                                                Alexander.D.Shoaibi@usdoj.gov
*Counsel for Plaintiff*
                                                                *Counsel for Defendant*