**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. __17-410__<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, it is hereby **ORDERED** that this case will proceed according to the following schedule:

(1) The DOJ shall produce all non-exempt records responsive to categories 4 and 5 of Plaintiff's FOIA request, or otherwise respond to that portion of Plaintiff's request, by no later than August 16, 2017;

(2) The DOJ shall produce all remaining non-exempt records responsive Plaintiff's FOIA request, or otherwise respond to that portion of Plaintiff's request, by no later than September 15, 2017; and

(3) The parties shall file a joint status report by no later than September 29, 2017, proposing a schedule for dispositive motions, if necessary.

**SO ORDERED.**

                                                                                                                    _____
                                                                                                                      KENTANJI BROWN JACKSON
                                                                                                                      United States District Judge

Dated: _____