UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 17-410 (KBJ) |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME TO PRODUCE REMAINING RECORDS RESPONSIVE TO FOIA REQUEST**

Defendant, by counsel, hereby moves for an additional fifteen (15) day extension of the deadline for production of all remaining non-exempt records responsive to plaintiff's FOIA request from October 15, 2017 to October 31, 2017. This motion is merited for the following reasons:

1. Pursuant to the Court's September 1, 2017 minute order granting defendant's Consent Motion for Extension of Time to Produce Documents, "DOJ shall produce all remaining non-exempt records responsive Plaintiff's FOIA request, or otherwise respond to that portion of Plaintiff's request, on or before 10/15/2017".

2. The aforementioned initial consent motion for an extension of time to produce documents was based on the Office of Information Policy's ("OIP") discovery of five additional custodians in the Office of Legal Policy that had records responsive to plaintiff's request.

3. OIP then submitted a search request for all potentially responsive electronic records of these five custodians to the DOJ Justice Management Division (JMD) office that compiles and stores the records for further processing.

4. OIP received the results from the electronic records pull more than three weeks later, due to the large number of search requests (also subject to FOIA litigation) that were pending with JMD.

5. The attorney-advisor assigned to this litigation then diligently reviewed and processed more than 4,000 additional emails and attachments, and has sent out referrals and consultations to numerous Department of Justice component offices concerning approximately 3,000 pages containing potentially responsive records.

6. The White House will also need to be consulted on limited, potentially responsive material from this pull that contains communications between the White House and DOJ.

7. For the above reasons, Defendant will require additional time to finalize processing and production of documents in this case.

8. This is the second extension Defendant has requested of the deadlines for production set by the Court. Defendant also requested one extension of time for the filing of its Answer to the Complaint in this case. Plaintiff has not requested any extensions of time.

9. The only existing deadline that would be affected by the requested extension would be the October 27, 2017 due date for the parties' joint status report and proposed schedule for further proceedings, if necessary. Defendant moves for the

Court to extend that deadline from October 27, 2017 to November 14, 2017.

10. Counsel for defendant contacted counsel for plaintiff in accordance with LCvR 7(m), and counsel for plaintiff consents to the relief sought in this motion.

11. Granting the relief sought in this motion would be in the interest of justice as well as the efficient resolution of this case, and would not prejudice either party.

Wherefore, defendant moves for this Court to extend the deadline for production of all remaining non-exempt records responsive to plaintiff's FOIA request from October 15, 2017 to October 31, 2017.

Respectfully submitted,

JESSIE K. LIU, D.C Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant