**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ELECTRONIC PRIVACY** | ) | |
| **INFORMATION CENTER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.   17-410** |
| | ) | |
| **UNITED STATES** | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT AND MOTION TO ADOPT A SCHEDULE FOR FURTHER PROCEEDINGS

Plaintiff Electronic Privacy Information Center and Defendant Department of Justice ("DOJ") hereby submit for the Court's consideration the following Joint Status Report and Motion to Adopt a Schedule for Further Proceedings.

Plaintiff's FOIA request seeks five categories of documents (see Complaint, Dkt. No. 1, ¶ 14), and the DOJ has produced certain documents responsive to the request. EPIC is currently in the process of reviewing the documents produced by the DOJ on October 31, 2017, in order to determine the scope of issues still in dispute. EPIC will complete this review before December 1, 2017. Accordingly, the parties hereby move the Court to enter an order adopting the following proposed schedule:

- The parties shall file a Joint Status Report on or before December 1, 2017, advising the Court of a proposed schedule for further proceedings in this matter.

The adoption of this schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that the Court enter the above-described schedule.

A proposed order reflecting this proposal is attached.

Dated: November 15, 2017                                 Respectfully Submitted,

MARC ROTENBERG,                          JESSIE K. LIU,
D.C. Bar # 422825                        D.C. Bar # 472845
EPIC President and Executive Director     United States Attorney

/s/ Alan Butler                          DANIEL F. VAN HORN,
ALAN BUTLER,                             D.C. Bar # 924092
D.C. Bar # 1012128                       Chief, Civil Division
Senior Counsel
ELECTRONIC PRIVACY                       /s/ Alexander D. Shoaibi
INFORMATION CENTER                       ALEXANDER D. SHOAIBI,
1718 Connecticut Avenue, N.W.            D.C. Bar # 423587
Suite 200                                Assistant United States Attorney
Washington, D.C. 20009                   555 Fourth Street, N.W.
(202) 483-1140 (telephone)               Washington, D.C. 20530
(202) 483-1248 (facsimile)               (202) 252-2511
                                         Alexander.D.Shoaibi@usdoj.gov

*Counsel for Plaintiff*                  *Counsel for Defendant*