IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. __17-410__<br>) |
| **UNITED STATES DEPARTMENT OF JUSTICE** | )<br>)<br>) |
| **Defendant.** | )<br>) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, it is hereby **ORDERED** that this case will proceed according to the following schedule:

- The parties shall file a Joint Status Report on or before December 1, 2017, advising the Court of a proposed schedule for further proceedings in this matter.

**SO ORDERED.**

                                                                                  TREVOR N. MCFADDEN
                                                                                  United States District Judge

Dated: _____