**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION CENTER,

     Plaintiff,

     v.

UNITED STATES DEPARTMENT OF JUSTICE,

     Defendant.

C.A. No. 17-410-TNM

## JOINT STATUS REPORT AND MOTION TO ADOPT A SCHEDULE FOR FURTHER PROCEEDINGS

     Plaintiff Electronic Privacy Information Center and Defendant Department of Justice ("DOJ") hereby submit for the Court's consideration the following Joint Status Report and Motion to Adopt a Schedule for Further Proceedings.

     EPIC has reviewed documents produced by the DOJ in response to EPIC's FOIA Request, and has requested further information from the agency to determine the scope of issues still in dispute. Given the current state of the case and the parties' ongoing attempts to narrow the remaining issues in dispute, the parties do not believe that it will be necessary to hold the December 5th status conference as laid out in the Court's November 15th Notice of Hearing.

     The parties respectfully request an additional two weeks to discuss these issues and hereby move the Court to enter an order adopting the following proposed schedule:

- The parties shall file a Joint Status Report on or before December 14, 2017, advising the Court of a proposed schedule for further proceedings in this matter.

The adoption of this schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that the Court enter the above-described schedule.

A proposed order reflecting this proposal is attached.

Dated: December 1, 2017                                    Respectfully Submitted,

MARC ROTENBERG,                          JESSIE K. LIU,
D.C. Bar # 422825                              D.C Bar #472845
EPIC President and Executive Director          United States Attorney

/s/ Alan Butler                                DANIEL F. VAN HORN,
ALAN BUTLER,                                   D.C. Bar #924092
D.C. Bar # 1012128                             Chief, Civil Division
Senior Counsel
ELECTRONIC PRIVACY                             /s/_____
INFORMATION CENTER                             ALEXANDER D. SHOAIBI,
1718 Connecticut Avenue, N.W.                  D.C. Bar #423587
Suite 200                                      Assistant United States Attorney
Washington, D.C. 20009                         555 Fourth Street, N.W.
(202) 483-1140 (telephone)                     Washington, D.C. 20530
(202) 483-1248 (facsimile)                     (202) 252-2511
                                               Alexander.D.Shoaibi@usdoj.gov

*Counsel for Plaintiff*
                                               *Counsel for Defendant*