UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 17-410 (TNM)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ONE DAY EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGEMENT**

Defendant, by counsel, hereby moves for a one day extension of time to file Defendant's Motion for Summary Judgment. This motion is merited for the following reasons:

1. Defendant's motion is presently due on February 14, 2018.

2. The motion and supporting declaration are substantially completed, but because of the need to obtain final agency review, defendant requests a one day extension of time to file its motion for summary judgment.

3. This is the first extension Defendant has requested of the deadline for filing its Motion for Summary Judgment.

4. Counsel for defendant contacted counsel for plaintiff in accordance with LCvR 7(m), and counsel for plaintiff does not oppose the relief sought in this motion.

1

5.     Granting the relief sought in this motion would be in the interest of justice, and would not prejudice either party.

Wherefore, defendant moves for this Court to extend the deadline for the filing of defendant's motion for summary judgment from February 14, 2018 to February 15, 2018.

Respectfully submitted,

JESSIE K. LIU, D.C Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant