UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>         Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 17-410 (TNM)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY AND OPPOSITION**

Defendant, by counsel, hereby moves for a one week extension of time to file its reply in support of motion for summary judgment and its opposition to cross-motion for summary judgment. This motion is merited for the following reasons:

1. Pursuant to the Court's February 15, 2017 minute order, Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion is due by April 5, 2018.

2. Because of multiple filing and discovery deadlines, undersigned counsel will need an additional week to complete Defendant's reply and opposition.

3. Plaintiff's counsel consents to the relief sought in this motion, with the understanding that the deadline for plaintiff's reply will also be extended a week from April 16, 2018 to April 23, 2018.

4. Granting the requested enlargement would be in the interests of justice, would not unduly prejudice the parties, and would have no effect on any other previously established deadlines other than the aforementioned deadline for plaintiff's reply.

5. This is the first request for extension of this deadline.

Wherefore, defendant moves that it be allowed to file its reply and opposition on April 12, 2018, and that plaintiff be allowed to file its reply on April 23, 2018.

Respectfully submitted,

JESSIE K. LIU, D.C Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant