UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-410 (TNM)<br>)<br>)<br>)<br>)<br>) |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY AND OPPOSITION**

　　　Defendant, by counsel, hereby moves for a second one week extension of time to file its reply in support of motion for summary judgment and its opposition to cross-motion for summary judgment. This motion is merited for the following reasons:

1. Pursuant to the Court's April 3, 2018 minute order, Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion is due by April 12, 2018.

2. Undersigned counsel has been involved in trial preparation in another case, and, as a result, will need additional time to complete defendant's reply and opposition.

3. Undersigned counsel attempted to contact plaintiff's counsel by telephone and electronic mail in order to represent plaintiff's position on this motion. At the time of filing, undersigned counsel had not yet heard back from plaintiff's counsel and,

therefore, cannot represent whether plaintiff consents.

4. Granting the requested enlargement would be in the interests of justice, would not unduly prejudice the parties, and would have no effect on any other previously established deadlines other than the deadline for plaintiff's reply, presently set for April 23, 2018.

5. This is defendant's second request for a one week extension of this deadline.

Wherefore, defendant moves that it be allowed to file its reply and opposition on April 19, 2018, and that plaintiff be allowed to file its reply on April 30, 2018.

Respectfully submitted,

JESSIE K. LIU, D.C Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant