UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-410 (TNM) |

**MOTION FOR TWO BUSINESS DAY EXTENSION
OF TIME TO FILE REPLY AND OPPOSITION**

Defendant, by counsel, hereby moves for a two business day extension of time to file its reply in support of motion for summary judgment and its opposition to cross-motion for summary judgment. This motion is merited for the following reasons:

1. Pursuant to the Court's April 13, 2018 minute order, Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion is due by April 19, 2018.

2. Defendant had hoped to file a timely motion, but internal review of the draft of defendant's reply and opposition, just received by undersigned counsel, requires substantial revisions and additional research that undersigned counsel will be unable to complete because of conflicting obligations and preexisting leave out of town.

3. Undersigned counsel is aware of the Court's admonition in its April 13, 2018 minute

order that further requests for extension of time of this filing will be disfavored, and apologizes for having to seek an additional two business days to file defendant's reply and opposition.

4. Undersigned counsel spoke with plaintiff's counsel, who stated that plaintiff opposes this motion.

5. Granting the requested enlargement would be in the interests of a just resolution of this case, would not unduly prejudice the parties, and would have no effect on any other previously established deadlines other than the deadline for plaintiff's reply, presently set for April 30, 2018.

5. This is defendant's third request for extension of this deadline.

Wherefore, defendant moves that it be allowed to file its reply and opposition on April 23, 2018 and that plaintiff be allowed to file its reply on May 2, 2018.

Respectfully submitted,

JESSIE K. LIU, D.C Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.D.Shoaibi@usdoj.gov

Counsel for Defendant