IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No.:   17-CV-410-TNM |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jeremy S. Simon, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Assistant U.S. Attorney Alexander Shoaibi.

Respectfully submitted,

　　/s/   Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2528