# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Case No. 1:17-cv-00410 (TNM) |

## ORDER

Upon consideration of the Department of Justice's Motion for Summary Judgment, the Electronic Privacy Information Center's Cross-Motion for Summary Judgment, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Department of Justice's Motion for Summary Judgment is GRANTED and the Electronic Privacy Information Center's Cross-Motion for Summary Judgment is DENIED.  The Clerk of Court is directed to close the case.

**SO ORDERED**.

This is a final, appealable Order.

Dated: August 15, 2018

TREVOR N. MCFADDEN
United States District Judge