# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Electronic Privacy Information Ctr.**

vs.

Civil Action No. **1:17-cv-00410 (TNM)**

Defendant: **Department of Justice**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __12__ day of __October__ 20__18__, that Plaintiff Electronic Privacy Information Center hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __15__ day of __August__, 20__18__, in favor of Defendant Department of Justice against said Plaintiff Electronic Privacy Information Center

Attorney/Pro Se Party Signature: /s/ Marc Rotenberg

Name: Marc Rotenberg

Address: Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009

Telephone: (202) 483-1140

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017